

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2013

No. 04-13-00430-CV

John F. **DAVIS**,
Appellant

v.

**FARIAS ENTERPRISES LTD.**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2010-CVT-001822D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

We ORDER that appellee Farias Enterprises Ltd. recover its costs of this appeal, if any, from appellant John F. Davis.

It is so **ORDERED** on November 6, 2013.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2013.

Keith E. Hottle, Clerk